1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TRUSTEES OF THE SOUTHERN
CALIFORNIA IBEW-NECA PENSION
PLAN, TRUSTEES OF THE SOUTHERN
CALIFORNIA IBEW-NECA HEALTH
TRUST FUND, TRUSTEES OF THE LOS
ANGELES COUNTY ELECTRICAL
EDUCATIONAL AND TRAINING TRUST
FUND, TRUSTEES OF THE NATIONAL
ELECTRICAL BENEFIT FUND,
TRUSTEES OF THE SOUTHERN
CALIFORNIA IBEW-NECA LABOR-
MANAGEMENT COOPERATION
COMMITTEE, TRUSTEES OF THE
NATIONAL IBEW-NECA LABOR-
MANAGEMENT COMMITTEE,
CONTRACT COMPLIANCE FUND,
ADMINISTRATIVE MAINTENANCE
FUND, LOS ANGELES ELECTRICAL
WORKERS CREDIT UNION, TRUSTEES
OF THE INLAND EMPIRE IBEW-NECA
LABOR MANAGEMENT COOPERATION
COMMITTEE, TRUSTEES OF THE
RIVERSIDE COUNTY ELECTRICAL
HEALTH AND WELFARE TRUST FUND,
and TRUSTEES OF THE RIVERSIDE
COUNTY ELECTRICAL EDUCATION
AND TRAINING TRUST FUND,

        Plaintiffs,

    v.

GREENFIELD ELECTRIC, INC., a
California corporation,

        Defendant.

CASE NO.:  SACV 11-00040 AJG (MLGx)

ASSIGNED TO THE HONORABLE
ANDREW J. GUILFORD

**JUDGMENT**

1

JUDGMENT

[First Amended Proposed] Judgment.doc

1    On April 16, 2012, this action came on regularly for hearing, before the above-
2  entitled Court, on Plaintiffs' motion for summary judgment.  Appearances were stated
3  on the record.  Having fully considered all briefs, arguments, evidence and other matters
4  presented, the Court finds that there is no disputed issue of material fact remaining for
5  trial and concludes that Plaintiffs are entitled to judgment as a matter of law, and for
6  good cause shown,

7    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Plaintiffs,
8  Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the
9  Southern California IBEW-NECA Health Trust Fund, Trustees of the Los Angeles
10  County Electrical Educational and Training Trust Fund, Trustees of the National
11  Electrical Benefit Fund, Trustees of the Southern California IBEW-NECA Labor-
12  Management Cooperation Committee, and Trustees of the National IBEW-NECA
13  Labor-Management Committee, Contract Compliance Fund, Administrative
14  Maintenance Fund, Los Angeles Electrical Workers Credit Union, Trustees of the Inland
15  Empire IBEW-NECA Labor Management Cooperation  Committee, Trustees of the
16  Riverside County Electrical Health and Welfare Trust Fund, and Trustees of the
17  Riverside County Electrical Education and Training Trust Fund,  shall recover from
18  Defendant Greenfield Electric, Inc., the principal amount of $63,278.81, plus attorneys'
19  fees of $ _____, and court costs of $_____, together with post-judgment
20  interest as provided by law.

21
22  DATED:  April 25, 2012                    _____
23                                                           UNITED STATES DISTRICT COURT JUDGE
24                                                           ANDREW J. GUILFORD
25
26
27
28

2
JUDGMENT

[First Amended Proposed] Judgment.doc