UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL IBEW-NECA LABOR-MANAGEMENT COMMITTEE, CONTRACT COMPLIANCE FUND, ADMINISTRATIVE MAINTENANCE FUND, LOS ANGELES ELECTRICAL WORKERS CREDIT UNION, TRUSTEES OF THE INLAND EMPIRE IBEW-NECA LABOR MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE RIVERSIDE COUNTY ELECTRICAL HEALTH AND WELFARE TRUST FUND, and TRUSTEES OF THE RIVERSIDE COUNTY ELECTRICAL EDUCATION AND TRAINING TRUST FUND,<br><br>            Plaintiffs,<br><br>      v.<br><br>GREENFIELD ELECTRIC, INC., a California corporation,<br><br>            Defendant. | CASE NO.:  SACV 11-00040 AJG (MLGx)<br><br>ASSIGNED TO THE HONORABLE ANDREW J. GUILFORD<br><br>**JUDGMENT** |

1

JUDGMENT

[First Amended Proposed] Judgment.doc

1   On April 16, 2012, this action came on regularly for hearing, before the above-entitled Court, on Plaintiffs' motion for summary judgment.  Appearances were stated on the record.  Having fully considered all briefs, arguments, evidence and other matters presented, the Court finds that there is no disputed issue of material fact remaining for trial and concludes that Plaintiffs are entitled to judgment as a matter of law, and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Plaintiffs, Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Los Angeles County Electrical Educational and Training Trust Fund, Trustees of the National Electrical Benefit Fund, Trustees of the Southern California IBEW-NECA Labor-Management Cooperation Committee, and Trustees of the National IBEW-NECA Labor-Management Committee, Contract Compliance Fund, Administrative Maintenance Fund, Los Angeles Electrical Workers Credit Union, Trustees of the Inland Empire IBEW-NECA Labor Management Cooperation  Committee, Trustees of the Riverside County Electrical Health and Welfare Trust Fund, and Trustees of the Riverside County Electrical Education and Training Trust Fund,  shall recover from Defendant Greenfield Electric, Inc., the principal amount of $63,278.81, plus attorneys' fees of $ _____, and court costs of $_____, together with post-judgment interest as provided by law.

DATED:  April 25, 2012   _____
UNITED STATES DISTRICT COURT JUDGE
ANDREW J. GUILFORD

2
JUDGMENT

[First Amended Proposed] Judgment.doc